Entered on Docket
October 22, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: October 19, 2007

THOMAS E. CARLSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re                                  ) Case No. 05-32778 TEC
                                       )
NANCY JEAN WANDLASS,                   ) Chapter 11
                                       )
                                       )
                                       )
              Debtor.                  )
_____)

MEMORANDUM RE ORDER SHORTENING TIME FOR MOTION
RE MODIFICATION OF STIPULATION FOR RELIEF FROM STAY

On October 15, 2007, this court denied Debtor's motion for modification of a stipulated order granting secured creditor CIT relief from stay as of September 13, 2007 regarding the property at 2266 Jackson Street, San Francisco (the Property). CIT apparently conducted a foreclosure sale on October 15th, at which it purchased the Property itself by credit bid. Debtor now seeks: (1) to have this court stay CIT from transferring the Property to any third party; and (2) an order shortening time for a motion for reconsideration of this court's refusal to set aside the relief from stay stipulation. In support of Debtor's latest request, she represents *inter alia*: (1) that Wells Fargo Bank supports her request, because their junior lien on the Property was wiped out via the foreclosure sale; and (2) that there is adequate value in

MEMORANDUM RE ORDER SHORTENING TIME
-1-

the Property to pay Wells Fargo in full.  Debtor had previously represented that she expects to receive a large commission in the near future that would enable her fully to reinstate the CIT loan.

    For the following reasons, I grant the order shortening time, but decline to stay further transfer of the Property.  It might be appropriate to grant the motion for reconsideration if Wells Fargo in fact supports Debtor's motion for reconsideration and is ready to reinstate the CIT loan.  In such circumstances, the court might vacate the stipulation to permit such reinstatement, then grant all secured creditors final *in rem* relief from stay, permitting Debtor to use her commission to deal with Wells Fargo and to pay future mortgage payments as they came due from her future income.  There being no assurance of any payment to CIT, Debtor having had substantial time under the protection of the automatic stay, and it being unlikely CIT will close a sale to a *bona fide* purchaser before an October 29th hearing, an order restraining CIT from transferring the Property is not appropriate at this time.

**\*\*END OF ORDER\*\***

**MEMORANDUM RE ORDER SHORTENING TIME**

## Court Service List

Nancy J. Wandlass
101 Lombard Street
Suite 506W
San Francisco, CA 94111

Kevin Hahn, Esq.
Law Offices of Malcolm and Cisneros
2112 Business Center Drive, 2nd Floor
Irvine, CA 92612

William McLaughlin, Esq.
1305 Franklin Street, Suite 301
Oakland, CA 94612

Lawrence R. Sussman, Esq.
Law Offices of Lawrence R. Sussman
120 Montgomery Street, Suite 2100
San Francisco, CA 94104

Michael A. Issacs, Esq.
Luce Forward Hamilton & Scripps
121 Spear Street, Suite 200
San Francisco, CA 94105

Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Case: 05-32778   Doc# 194   Filed: 10/19/07   Entered: 10/22/07 10:53:12   Page 3 of 3